ERNEST T. KUHS, Appellant, v. FLOWER CITY TISSUE MILLS COMPANY and Others, Respondents.— Motion of the defendant Fred H. Rapp granted, amending decision handed down December 3, 1919 [See 189 App. Div. 539], so as to provide that the judgment as modified be affirmed, without costs of the appeal to any party.

Admitted to practice as attorneys and counselors at law at the November Term, 1919, upon examination: JAMES SHEPHERD STYRON, of Syracuse;

BERNARD MAYER COHEN, of Buffalo; WILLIAM C. WARREN, JR., of Buffalo; CHARLES I. MARTINA, of Buffalo; RAYMOND J. BROWN, of Syracuse; DANIEL SCANLON, of Syracuse; ETHEL CANTOR, of Buffalo; SOLOMON J. BERKWITT, of Buffalo; JOHN J. FITZGERALD, of Buffalo; WILLIAM H. REILEY, JR., of Syracuse; ARTHUR L. COHEN, of Syracuse; VICTOR B. WYLEGALA, of Buffalo; AUGUSTINE J. MARTONE, of Rochester; WILTON A. BLOCK, of Rochester; WILTON McK. TAYLOR, of Buffalo; EDGAR H. HEDLEY, of Buffalo; DAVID COLLIS WAGER, of Utica; WARREN WINKELSTEIN, of Syracuse; MAYNARD C. SCHAUS, of Buffalo; RANSFORD C. MARSCHER, of Syracuse; FREDERICK S. PARKER, of Auburn; MAX M. YELLEN, of Buffalo; ELDYN V. CHAMPLIN, of Alfred; DONALD B. STANBRO, of Buffalo; GEORGE T. FRANKLIN, of Ovid; JOHN E. McAULIFFE, of Olean.

BURKE STEEL COMPANY, INC., Appellant, v. THE CARPENTER STEEL COMPANY, Respondent.— Judgment affirmed, with costs. All concur.